IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

JOHN E. NELSON,

    Plaintiff,

v.

SEAGATE TECHNOLOGY LLC

    Defendant.

## NOTICE OF REMOVAL

Defendant Seagate Technology LLC ("Seagate") provides notice pursuant to 28 U.S.C. § 1446 of its removal of the above-captioned action from the District Court, Boulder County, Colorado to the United States District Court for the District of Colorado. The grounds for removal are as follows:

    1.    On July 8, 2005 Seagate was served with Plaintiff John E. Nelson's Complaint and Jury Demand filed in the District Court, Boulder County, Colorado. Copies of all process, pleadings and orders served on Seagate, and copies of all records and proceedings in this case in the Colorado State District Court for Boulder County have been filed contemporaneously with this Notice of Removal. *See* 28 U.S.C. §§ 1446(a) and 1447(b).

    2.    Removal of this action is proper under 28 U.S.C. § 1441(a)-(c). This Court has original and/or supplemental jurisdiction over Plaintiff's claims for relief pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), and 1367.

3. Plaintiff's Complaint and Jury Demand alleges that Seagate demoted Plaintiff based on his age and requests relief under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA"), and under the Colorado Anti-Discrimination Act, C.R.S. § 24-34-401 et seq. *See generally* Plaintiff's Complaint and Jury Demand ("Complaint").

4. This Court has original jurisdiction over Plaintiff's ADEA claim, which "arises under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This Court has supplemental jurisdiction over Plaintiff's state law claim, which is so related to Plaintiff's ADEA claim that it forms "part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1441(c); 28 U.S.C. § 1367.

5. Additionally, this Court has original jurisdiction over each of Plaintiff's claims for relief pursuant to 28 U.S.C. § 1332(a)(1). Plaintiff is a Colorado resident. *See* Complaint at 6. Seagate is a Delaware limited liability company with its principal place of business in Scotts Valley, California. *See* Complaint at ¶ 1. Plaintiff and Seagate are citizens of different States, and complete diversity exists. *See* 28 U.S.C. § 1332(a)(1). Seagate is not a resident of the State of Colorado. *See* 28 U.S.C. § 1441(b). The amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. *See generally* Complaint.

6. A copy of the Notice of Removal (not including exhibits) that Seagate filed in the District Court, Boulder County, State of Colorado and served on Plaintiff, has been filed contemporaneously with this Notice of Removal. *See* 28 U.S.C. § 1446(d).

7. Accordingly, pursuant to 28 U.S.C. § 1331, 28 U.S.C. §1332(a)(1), 28 U.S.C. §1367, 28 U.S.C. § 1441(a)-(c) and 28 U.S.C. § 1446(a)-(b), Defendant provides notice of

removal of this action from the District Court, Boulder County, State of Colorado to the United States District Court for the District of Colorado.

Dated: July 21, 2005

Respectfully submitted,

s/Tarek F.M. Saad
Tarek F.M. Saad (Reg. No. 26242)
Erin S. Egan (Reg. No. 36138)
Morrison & Foerster LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado  80202-5638
Telephone:  303.592.1500
Facsimile:  303.592.1510
Email:  TSaad@mofo.com
Email:  EEgan@mofo.com

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I mailed a true and correct copy of the foregoing

NOTICE OF REMOVAL by proper postage prepaid and addressed to:

Joel C. Maguire
Dietze and Davis, P.C.
2060 Broadway, Suite 400
Boulder, Colorado 80302

                                          s/ Tarek F.M. Saad_____
                                          Tarek F.M. Saad
                                          Attorney for Defendant
                                          Morrison & Foerster LLP
                                          5200 Republic Plaza
                                          370 17th Street
                                          Denver, Colorado 80202-5638
                                          Telephone:  303-592-1500
                                          Fax:  (303) 592-1510
                                          tsaad@mofo.com

dn-120450