IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01362-RPM-MJW

JOHN E. NELSON,

Plaintiff(s),

v.

SEAGATE TECHNOLOGY, LLC,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Entry of Stipulated Protective Order (document 18) is GRANTED. The Stipulated Protective Order is approved and filed as of December 21, 2005.

Date: December 21, 2005