**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             April 17, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 05-cv-01362-RPM

JOHN E. NELSON,                                              Joel C. Maguire

     Plaintiff,

v.

SEAGATE TECHNOLOGY, LLC.,                                    Tarek Fathi M. Saad

     Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Defendant's Motion for Summary Judgment**

**1:59 p.m.      Court in session.**

Court's preliminary remarks.
Court states its understanding of the case.

2:09 p.m.       Argument by Mr. Saad.

2:14 p.m.       Argument Mr. Maguire.

Court's findings and conclusions as stated on record.

**ORDERED:   Defendant Seagate's Motion for Summary Judgment, filed June 30, 2006
            [25], is granted.  Judgment shall enter in favor of defendant.**

**2:29 p.m.      Court in recess.**

Hearing concluded.  Total time: 30 min.