IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-01362-RPM-MJW

JOHN E. NELSON,

     Plaintiff,

v.

SEAGATE TECHNOLOGY, LLC

     Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

On the findings and conclusions stated orally at the conclusion of the hearing today it is

ORDERED that defendant's motion for summary judgment is granted and judgment will enter for defendant dismissing this case with costs.

DATED: April 17th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Judge