IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-01362-RPM-MJW

JOHN E. NELSON,

    Plaintiff,

v.

SEAGATE TECHNOLOGY, LLC

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order Granting Defendant's Motion for Summary Judgment entered by Senior Judge Richard P. Matsch on April 17, 2007, it is

ORDERED AND ADJUDGED that judgment is entered for the defendant and against the plaintiff.  The complaint and this civil action are dismissed.  Defendant is awarded costs upon the filing of a bill of costs within ten days.

DATED: April 17th, 2007

        FOR THE COURT:

        GREGORY C. LANGHAM, Clerk

        s/M. V. Wentz

        By_____
                Deputy